No. 168. WALKDEN, EXECUTOR, *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert Merkle* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States.

No. 171. SIMPSON *v.* KANSAS CITY CONNECTING RAILWAY CO. Supreme Court of Missouri. Certiorari denied. *Walter A. Raymond* and *Ernest Hubbell* for petitioner. *Daniel L. Brenner* for respondent.

No. 172. KAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Howard Vogel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 173. FRIEDMAN ET UX., DOING BUSINESS AS CITY METAL SALVAGE CO., *v.* HILL. Supreme Court of Oklahoma. Certiorari denied. *John B. Ogden* for petitioners. *C. E. Ram Morrison* for respondent.

No. 176. ALKER *v.* GIRARD TRUST CORN EXCHANGE BANK ET AL., EXECUTORS. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Frank F. Truscott* for petitioner. *Edwin Booth* for respondents.

No. 181. McNEILL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *R. G. de Quevedo* and *Wilton H. Wallace* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for respondent.